UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DORIAN TRACEY,

    Plaintiff,

-against-

JETBLUE AIRWAYS CORPORATION, and
DONALD USELMAN,

    Defendants.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 11 2019 ★

BROOKLYN OFFICE

Case No. 17-cv-5894

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Dorian Tracey and Defendants JetBlue Airways Corporation and Donald Uselmann that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to any party.

Respectfully submitted,

LAW OFFICES OF JARED M. LEFKOWITZ
1001 Avenue of the Americas, Suite 1114
New York, New York 10018
jml@jmlefkowitzlaw.com
*Attorney for Plaintiff Dorian Tracey*

By: /s/ Jared M. Lefkowitz

Dated: 2/15/19

AKERMAN LLP
666 Fifth Avenue, 20th Floor
New York, New York 10103
(212) 880-3800
samantha.abeysekera@akerman.com
*Attorneys for Defendants JetBlue Airways Corporation and Donald Uselmann*

By: /s/ Samantha Abeysekera

Dated: 3/7/19

SO ORDERED:

s/Carol Bagley Amon

3/8/19

11

47795634;1